

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2015

No. 04-15-00307-CV

**AUTOZONE, INC.** and Autozoners L.L.C.,
Appellant

v.

Mario **FLORES**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-6
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file his brief is granted. We order appellee's brief due August 17, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court